**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Richard Allen Spears
Attorney At Law
101 Taylor Street
New Iberia LA 70560

**REHEARING ACTION: July 26, 2017**

**Docket Number: 17   00009-KA**

**STATE OF LOUISIANA**
**VERSUS**
**FRANK E. DEAN III**

**Appealed from Iberia Parish Case No. 13-92**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Billy Howard Ezell**
    **Hon. Van H. Kyzar**

As counsel of record in the captioned case, you are hereby notified that the Application

for Rehearing and the Motion for Expansion of the Record filed by **Frank E. Dean III**

have this day been

    **DENIED.**

cc: Hon. M. Bofill Duhe, Counsel for the Appellee
   M. Craig Colwart, Counsel for the Appellee
   W. Claire Howington, Counsel for the Appellee